Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. P-0571336
)
MAX OBUSZEWSKI ET AL )

## NOTICE OF APPEAL

Name and address of appellant:

Michael Johnson, #2
231

Name and address of appellant's attorney:


Offense:

Concise statement of judgment or order, giving date, and any sentence:


Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

12/21/2005
DATE

APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

| | YES | NO |
|---|---|---|
| Does counsel wish to appear on appeal? | ☐ | ☐ |
| Has counsel ordered transcripts? | ☐ | ☐ |
| Is this appeal pursuant to the 1984 Sentencing Reform Act? | ☐ | ☐ |

RECEIVED
DEC 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT